IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.     :     Criminal Action No. 05-104

LEONARD J. GARNER,

    Defendant.

### MOTION AND ORDER TO SEAL

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to seal the Indictment, Motion and Order for Arrest Warrant, this Motion and Order to Seal, and related file.

    COLM F. CONNOLLY
    United States Attorney

BY: _____
    Beth Moskow-Schnoll
    Assistant United States Attorney

Dated: November 29, 2005

IT IS SO ORDERED this __29__ day of __November__, 2005.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

FILED
NOV 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE