IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

      Plaintiff,

      v.          :    Criminal Action No. 05-104

LEONARD J. GARNER,

      Defendant.

### MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Leonard J. Garner, pursuant to an Indictment returned against him by the Federal Grand Jury on November 29, 2005.

                COLM F. CONNOLLY
                United States Attorney

BY: /s/ Beth M. Schnoll
                Beth Moskow-Schnoll
                Assistant United States Attorney

Dated: November 29, 2005

AND NOW, this 29 day of November, 2005, based upon the foregoing Motion,



FILED
NOV 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Leonard J. Garner.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge