Filed in open court 12/7/05
(ew)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-104 |
| | : | |
| LEONARD J. GARNER, | : | |
| | : | |
| Defendant. | : | |

### MOTION AND ORDER TO UNSEAL

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to unseal the Indictment, Motion and Order for Arrest Warrant, and related file.

COLM F. CONNOLLY
United States Attorney

BY: /s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: December 7, 2005

IT IS SO ORDERED this ___7___ day of ___December___, 2005.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

FILED
DEC 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE