FILED IN OPEN COURT 12/7/05

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)
) CASE NO. CR 05-104
vs. )
)
Leonard J. Garner )
)
      Defendant. )

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on December 7, 2005 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until January 27, 2006. The time between the date of this order and January 27, 2006 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                      Honorable Mary Pat Thynge
                                      U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED

DEC 7 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE