AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

LEONARD J. GARNER

**WARRANT FOR ARREST**

Case Number:  CR 05-104-UNA


SEALED ~~X~~ UNSEALED 12/7/05 KJC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   _____LEONARD J. GARNER_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complain  ☐ Order of court    Violation       Probation Violation Petition

charging him or her      (brief description of offense)

IDENTITY THEFT  ( COUNTS I THRU V )
MAIL FRAUD  ( COUNT VI )

in violation of \_\_\_\_\_18\_\_\_\_\_ United States Code, Section(s) _____1028_____

Peter T. Dalleo
Name of Issuing Officer

BY: _[signature]_  ; Deputy Clerk
Signature of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

November 30, 2005 in Wilmington, DE
Date and Location

FILED
DEC - 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Bail fixed at $ _____ by _____
                                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12-06-05 | Henry Herrera POSTAL INSPECTOR | Henry Herrera |

AO 442   (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN                 _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____