UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-104 |
| | : | |
| LEONARD GARNER | : | |
| | : | |
| | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Penny Marshall, Esquire as attorney of record and enter the appearance of Eleni Kousoulis, Esquire as attorney on behalf of Defendant, Leonard Garner, in the above-captioned matter.

/s/ Penny Marshall
PENNY MARSHALL, ESQUIRE


/s/ Eleni Kousoulis
ELENI KOUSOULIS, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

DATED:  December 13, 2005

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant Leonard Garner hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on December 13, 2005, to:

>Beth Moskow-Schnoll, Esquire
>Assistant United States Attorney
>1007 Orange Street, Suite 700
>Wilmington, DE  19801

>  /s/ Eleni Kousoulis
>ELENI KOUSOULIS, ESQUIRE
>Assistant Federal Public Defender
>First Federal Plaza, Suite 110
>704 King Street
>Wilmington, DE  19801

DATED:  December 13, 2005