IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-104-JJF |
| LEONARD GARNER, | : | |
| Defendant. | : | |

**ORDER**

The Court having considered the Defendant's Motion to Extend Time to File Pretrial Motions, good cause having been shown therefore;

IT IS HEREBY ORDERED this _____ day of _____, 2006 that Defendant Garner's pretrial motions shall be due on the _____ day of _____, 2006.

_____
Honorable Joseph J. Farnan, Jr.
United States District Court