IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-104-JJF |
| LEONARD GARNER, | : | |
| Defendant. | : | |

### ORDER

The Court having considered the Defendant's Motion to Extend Time to File Pretrial Motions, good cause having been shown therefore;

IT IS HEREBY ORDERED this __1__ day of __February__, 2006 that Defendant Garner's pretrial motions shall be due on the __7__ day of __March__, 2006.

_____
Honorable Joseph J. Farnan, Jr.
United States District Court