IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-104 JJF |
| LEONARD GARNER, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the Court granted Defendant's Motion To Extend Time To March 7, 2006 To File Pretrial Motions (D.I. 12);

NOW THEREFORE, IT IS HEREBY ORDERED that the time between February 1, 2006 and March 7, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

February 3, 2006
DATE

UNITED STATES DISTRICT JUDGE