IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-104-JJF |
| LEONARD GARNER, | : | |
| Defendant. | : | |

## MOTION FOR CONTINUANCE OF CHANGE OF PLEA HEARING

Defendant, Leonard Garner, by and through his undersigned counsel, Eleni Kousoulis, hereby moves this Court for an order re-scheduling the change of plea hearing in this case. In support of the motion, the defense submits as follows:

1. A change of plea hearing is currently scheduled in the above-captioned matter for April 24, 2006, at 11:00 a.m.

2. Due to a personal conflict, defense counsel will not be available on April 24, 2006, and respectfully requests that the change of plea hearing be re-scheduled to another day.

3. Assistant U.S. Attorney Richard Andrews informed defense counsel that the government has no objection to the defense request for a continuance.

4. Defense counsel was informed by Your Honor's chambers that the Court has time available on April 28, 2006 at 1:00 p.m. in which to conduct this change of plea hearing and respectfully requests that Mr. Garner's change of plea hearing be re-scheduled for that date and time.

5.	The defense agrees to waive any time, pursuant to the Speedy Trial Act, between now and the date of the re-scheduled hearing.

**WHEREFORE**, for these reasons and any other such reasons as shall appear to the Court, the defense respectfully requests that the Court re-schedule the change of plea hearing in this case to April 28, 2006 at 1:00 p.m.

Respectfully Submitted,

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, Delaware  19801
Attorney for Defendant Leonard Garner

Dated: April 20, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-104-JJF |
| | : | |
| | : | |
| LEONARD GARNER, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that a copy of Defendant's Motion for Continuance of Change of Plea Hearing is available for public viewing and downloading and was electronically delivered on April 20, 2006, to:

> Beth Moskow-Schnoll, Esquire
> Assistant U.S. Attorney
> 1007 Orange Street
> Suite 700, P.O. Box 2046
> Wilmington, DE 19899-2046

> /s/ _____
> Eleni Kousoulis, Esquire
> Assistant Federal Public Defender
> 704 King St., Suite 110
> Wilmington, Delaware 19801
> Attorney for Defendant Leonard Garner