IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-104-JJF |
| LEONARD GARNER, | : | |
| Defendant. | : | |

**<u>ORDER</u>**

Having considered Defendant's Motion for Continuance of the Change of Plea Hearing,

**IT IS HEREBY ORDERED** this _____ day of _____, 2006, that Defendant's change of plea hearing shall be scheduled on the _____ day of _____, 2006.

                                                                                                                        _____
Honorable Joseph J. Farnan, Jr.
United States District Court