IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-104-JJF |
| LEONARD GARNER, | : | |
| Defendant. | : | |

**ORDER**

Having considered Defendant's Motion for Continuance of the Change of Plea Hearing, **IT IS HEREBY ORDERED** this 21 day of April, 2006, that Defendant's change of plea hearing shall be scheduled on the ___ day of TBD, 2006.

_____
Honorable Joseph J. Farnan, Jr.
United States District Court