IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-104 JJF |
| LEONARD J. GARNER, | : |
| Defendant. | : |

O R D E R

WHEREAS, the Court granted unopposed Defendant's Motion To Continue Change Of Plea Hearing on April 24, 2006 (D.I. 19);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Rule 11 hearing is rescheduled to **Wednesday, May 17, 2006, at 11:30 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and May 17, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

May 5, 2006
DATE

UNITED STATES DISTRICT JUDGE