IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-104 JJF |
| LEONARD J. GARNER, | : | |
| Defendant. | : | |

O R D E R

WHEREAS, the Rule 11 hearing scheduled on May 17, 2006 was continued and a Status Conference was held in the above-captioned case;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Rule 11 hearing is scheduled on **Thursday, May 25, 2006, at 1:30 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between May 17, 2006 and May 25, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

May 19, 2006
DATE

UNITED STATES DISTRICT JUDGE