IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-104 JJF |
| | : | |
| LEONARD J. GARNER, | : | |
| | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, the above Defendant having entered a plea of guilty to Counts Three and Six of the Indictment pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's sentencing will be held on **Thursday, September 14, 2006, at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

June  7 , 2006
DATE

UNITED STATES DISTRICT JUDGE