IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-104-JJF |
| LEONARD GARNER, | : | |
| Defendant. | : | |

## ORDER

In response to Mr. Garner's Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this __28__ day of __August__, 2006, that Defendant's sentencing hearing be re-scheduled for the __TBA__ day of _____, 2006 at _____ a.m./p.m.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court



FILED

AUG 2 8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE