IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-104 JJF |
| LEONARD J. GARNER, | : | |
| Defendant. | : | |

<u>O R D E R</u>

WHEREAS, the above Defendant having entered a plea of guilty to Counts Three and Six of the Indictment pending against him in this Court,

WHEREAS, the Court granted Defendant's motion to continue Sentencing set for September 14, 2006, at 12:30 p.m. (D.I. 26);

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Tuesday, October 17, 2006, at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

<u>September 14, 2006</u>                          /s/ Joseph J. Farnan Jr.
          DATE                                   UNITED STATES DISTRICT JUDGE

FILED
SEP 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE