*Filed in open court this 17th day of October, 2006.*
*dk*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-104-JJF |
| LEONARD J. GARNER, | : | |
| Defendant. | : | |

## MOTION AND ORDER TO DISMISS

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to dismiss Counts One, Two, Four, and Five of the Indictment, pursuant to a Memorandum of Plea Agreement.

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: October 17, 2006

**IT IS SO ORDERED** this _17_ day of _October_, 2006.

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court Judge

FILED
OCT 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE